# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARCUS BERRY | * |
| | *   CIVIL ACTION NO.: 3:13-cv-00145 |
| VERSUS | * |
| | * |
| LEON ROBERSON, AUTO-OWNERS | * |
| INSURANCE COMPANY, and | * |
| PROGRESSIVE PALOVERDE | * |
| INSURANCE COMPANY | * |

## ANSWER, AFFIRMATIVE DEFENSES AND REQUEST FOR JURY TRIAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, Leon Roberson and Auto-Owners Insurance Company (collectively "Auto-Owners Defendants"), who submit this Answer and Affirmative Defenses to Plaintiff's Petition for Damages, and who respectfully aver as follows:

## FIRST DEFENSE

In response to the allegations found in Plaintiff's Petition for Damages (the "Plaintiff's Petition"), the Auto-Owners Defendants answer and aver as follows:

1.

The allegation in Paragraph 1(1) of the Plaintiff's Petition is denied.

The allegation in Paragraph 1(2) of the Plaintiff's Petition is denied.

The allegation in Paragraph 1(3) of the Plaintiff's Petition does not require a response from the Auto-Owners Defendants. To the extent any such response is required, the Auto-Owner Defendants deny the allegation in Paragraph 1(3) of the Plaintiff's Petition of for lack of information and/or information to justify a belief therein.

2.

The allegations in Paragraph 2 of the Plaintiff's Petition are denied for lack of information and/or information to justify a belief therein.

3.

The allegations in Paragraph 3 of the Plaintiff's Petition are denied for lack of information and/or information to justify a belief therein.

4.

The allegations in Paragraph 4 of the Plaintiff's Petition are denied for lack of information and/or information to justify a belief therein.

5.

The allegations in Paragraph 5 of the Plaintiff's Petition constitute a legal conclusion and are therefore denied.

6.

The allegations in Paragraph 6 of the Plaintiff's Petition constitute a legal conclusion and are therefore denied. Further, the allegations in Paragraph 6 are denied for lack of information and/or information to justify a belief therein.

7.

The allegations in Paragraph 7 of the Plaintiff's Petition are admitted.

8.

The allegations in Paragraph 8 of the Plaintiff's Petition do not require a response from the Auto-Owners Defendants. To the extent any such response is required, the Auto-Owner Defendants deny the allegations in Paragraph 8 of the Plaintiff's Petition of for lack of information and/or information to justify a belief therein.

9.

The Auto-Owners Defendants deny the allegations contained in any unnumbered paragraph of the Plaintiff's Petition or the prayer for relief.

**SECOND DEFENSE**

**AND NOW** affirmatively answering, the Auto-Owners Defendants submit that the Plaintiff was solely and exclusively at fault in causing the accident in this matter, in the following non-exclusive respects:

(A) Failure to see what she should have seen;

(B) Failing to take reasonable and prudent precautions to avoid an accident;

(C) Failing to act as a reasonable and prudent person under the circumstances; and

(D) Any and all other acts of negligence and/ or fault that may be developed during discovery and that may be shown at the trial of this cause.

All of which are in contravention of the statutes, law and ordinances of this parish and state, which are specifically pled herein as if copied *in extenso.*

**THIRD DEFENSE**

The Auto-Owners Defendants alternatively assert that the Plaintiff was comparatively at fault, and the proportionate percentage of her fault serves to mitigate her alleged damages in direct proportion to her own fault.

**FOURTH DEFENSE**

The Auto-Owners Defendants affirmatively assert that the Plaintiff's alleged injuries and alleged damages are the result of preexisting conditions and/or subsequent incidents for which the Auto-Owners Defendants cannot be held responsible.

## FIFTH DEFENSE

The Auto-Owners Defendants affirmatively assert that the negligence of Plaintiff and/or others for whom the Auto-Owners Defendants are not responsible constitutes a superseding and intervening cause; accordingly, the Auto-Owners Defendants cannot be held liable to Plaintiff and/or any other third party.

## SIXTH DEFENSE

The Auto-Owners Defendants affirmatively assert that any claim or cause of action, which the Plaintiff may have had, is time barred by applicable periods of prescription, preemption, and/or statute of limitations.

## SEVENTH DEFENSE

The Auto-Owners Defendants affirmatively assert that the Plaintiff had a duty to mitigate any damages from which the Plaintiff claims to have suffered, which failure bars or reduces any recovery by the Plaintiff herein.

## EIGHTH DEFENSE

The Auto-Owners Defendants affirmatively assert that a third party caused or contributed to the alleged injuries of the Plaintiff, and further denies that the Auto-Owners Defendants are liable to the Plaintiff for the causes alleged or for any other causes whatsoever.

## NINTH DEFENSE

The Auto-Owners Defendants hereby give notice that they intend to rely upon any other defense that may become available or appear during the discovery proceedings in this case and hereby reserve their right to amend this answer to assert any such defense.

## JURY TRIAL DEMAND

The Auto-Owners Defendants respectfully request a trial by jury.

**WHEREFORE**, Defendants, Auto-Owners Insurance Company and Leon Roberson pray that this answer be filed, that it be deemed good and sufficient and that after all due proceedings are had herein, judgment be rendered in their favor, and against plaintiff, at plaintiff's sole and exclusive cost. The Auto-Owners Defendants further pray for any and all other relief of whatever variety that this Honorable Court might find to be just and proper.

Respectfully submitted:

**ADAMS AND REESE LLP**

*s/* Scott M. Levy
SCOTT M. LEVY (#33243)
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana 70801
Telephone: (225) 378-3257
Facsimile: (225) 336-5143

and

CHRISTOPHER A. D'AMOUR (#26252) T.A.
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

*Counsel for Defendants Leon Roberson
and Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on the following:

Jeffrey N. Rabb
Dudley DeBosier Injury Lawyers
1075 Government Street
Baton Rouge, Louisiana 70802

Douglas K. Foster
Casler, Bordelon & Lawler
11550 Newcastle Avenue, Suite 200
Baton Rouge, Louisiana 70816

      ( **X** ) CM/ECF      ( ) Prepaid U. S. Mail
      ( ) Facsimile      ( **X** ) Electronic Mail
      ( ) Hand Delivery

Baton Rouge, Louisiana, this 26th day of March, 2013.

                          *s/* Scott M. Levy
                          Scott M. Levy